# United States District Court

DISTRICT OF _MASSACHUSETTS_

MALDEN MILLS INDUSTRIES, INC. and
ADS PROPERTIES CORP.

V.

RUSSELL CORPORATION and
RUSSELL ASSET MANAGEMENT, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10148JLT

TO: (Name and address of defendant)

Russell Corporation
3330 Cumberland Blvd, Suite 800
Atlanta, GA  30339

Russell Asset Management, Inc.
300 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Byer, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  1-23-04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 3-8-04 at 4:00 PM

NAME OF SERVER (PRINT): William Combs

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Floyd Hoffman, Head of Legal Department for Russell Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/11/04

Signature of Server: William Combs

Address of Server:
ATLANTA LEGAL SERVICES, INC.
1655 PEACHTREE ST NE STE 510
ATLANTA G  3   09

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.