# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

MALDEN MILLS INDUSTRIES, INC. and
ADS PROPERTIES CORP.

V.

RUSSELL CORPORATION and
RUSSELL ASSET MANAGEMENT, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04cv10148JLT

TO: (Name and address of defendant)

Russell Corporation
3330 Cumberland Blvd, Suite 800
Atlanta, GA  30339

Russell Asset Management, Inc.
300 Delaware Avenue, 9th Floor
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Byer, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  1-23-04

(BY) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Massachusetts

Malden Mills Industries, Inc., and ADS Properties Corp.  
Plaintiff(s)  
v  
Russell Corporation and Russell Assset Management, Inc.  
Defendant(s)

Case No: 04CV10148JLT

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Russell Asset Management, Inc.

with the (documents): Summons; Complaint with Exhibit's A-F; Civil Cover Sheet; and Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

Person Served: LindaL Bubacz, as Managing Agent duly authorized to accept

Service Address: Griffin Corporate Services, Registered Agent, 300 Delaware Avenue, 9th Floor, Wilmington, DE 19801

Date of Service: March 8, 2004        Time of Service: 11:58 a.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading               ( ) Moved, left no forwarding
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 38  Sex: F  Race: W  Hgt: 5'6"  Wgt: 115  Hair: Brown  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 9, 2004      at  Wilmington,   Delaware
Date                  City           State

_Laren Golt_, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on March 9, 2004

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/04
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.