UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN MILLS INDUSTRIES, INC., and ADS PROPERTIES CORP., Plaintiffs, v. RUSSELL CORPORATION and RUSSELL ASSET MANAGEMENT, INC. Defendants. | CIVIL ACTION No. 04-CV 10148 JLT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Robert R. Pierce and Thomas E. Kenney as well as the firm of Pierce & Mandell, P.C. as counsel for defendants Russell Corporation and Russell Asset Management, Inc.

RUSSELL CORPORATION, and
RUSSELL ASSET MANAGEMENT, INC.,

Robert R. Pierce (BBO#549172)
Thomas E. Kenney (BBO#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444