UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MALDEN MILLS INDUSTRIES, INC.,      )
and ADS PROPERTIES CORP.,           )
                    Plaintiffs,     )
                                    )
v.                                  )          CIVIL ACTION No.
                                    )          04-CV 10148 JLT
RUSSELL CORPORATION and             )
RUSSELL ASSET MANAGEMENT, INC.      )
                    Defendants.     )

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
COMPLAINT (ASSENTED TO)**

The defendants Russell Corporation and Russell Asset Management, Inc. hereby move

that the time within which they must respond to the complaint be extended through and until

April 9, 2004. As grounds therefor, defendants state that they need the additional time to

investigate the possibility of resolution of the case, and that the plaintiffs have assented to this

motion.

1

WHEREFORE, the defendants hereby request that the time within which they must

respond to the complaint be extended until April 9, 2004.

RUSSELL CORPORATION, and
RUSSELL ASSET MANAGEMENT, INC.,

Dated; March 29, 2004

Robert R. Pierce (BBO#549172)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

Assented to:

David J. Byer (BBO#544411)
Testa Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110
(617) 248-7000

## CERTIFICATE OF SERVICE

I, Robert R. Pierce, hereby certify that on this 29th day of March, 2004, I served the foregoing Notice of Appearance and Motion for Extension of Time to Respond to the Complaint via first class U.S. mail, postage prepaid, upon the following counsels of record:

David J. Byer, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Jeff M. Seo

## CERTIFICATE OF SERVICE

I, Robert R. Pierce, hereby certify that on this 29th day of March, 2004, I served the foregoing Notice of Appearance and Motion for Extension of Time to Respond to the Complaint via first class U.S. mail, postage prepaid, upon the following counsels of record:

David J. Byer, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

_____
Robert R. Pierce