UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MALDEN MILLS INDUSTRIES, INC., and ADS PROPERTIES CORP., Plaintiffs, <br><br> v. <br><br> RUSSELL CORPORATION and RUSSELL ASSET MANAGEMENT, INC. Defendants. | CIVIL ACTION No. <br> 04-CV 10148 JLT |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (ASSENTED TO)**

The defendants Russell Corporation and Russell Asset Management, Inc. hereby move that the time within which they must respond to the complaint be extended through and until April 30, 2004. As grounds therefor, defendants state that the parties need the additional time to investigate the possibility of resolution of the case, and that the plaintiffs have assented to this motion.

1

WHEREFORE, the defendants hereby request that the time within which they must respond to the complaint be extended until April 30, 2004.

RUSSELL CORPORATION, and
RUSSELL ASSET MANAGEMENT, INC.,

Dated: April 8, 2004

_____
Robert R. Pierce (BBO#549172)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

Assented to:

_____
David J. Byer (BBO#544411)
Testa Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110
(617) 248-7000

2

## CERTIFICATE OF SERVICE

I, Robert R. Pierce, hereby certify that on this 8th day of April, 2004, I served the foregoing Defendant's Second Motion for Extension of Time to Respond to the Complaint via first class U.S. mail, postage prepaid, upon the following counsels of record:

David J. Byer, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Robert R. Pierce