UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MALDEN MILLS INDUSTRIES, INC., and ADS PROPERTIES CORP., Plaintiffs, <br><br> v. <br><br> RUSSELL CORPORATION and RUSSELL ASSET MANAGEMENT, INC. Defendants. | CIVIL ACTION No. <br> 04-CV 10148 JLT |

## DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (ASSENTED TO)

The defendants Russell Corporation and Russell Asset Management, Inc. hereby move that the time within which they must respond to the complaint be extended through and until May 21, 2004. As grounds therefor, defendants state that the parties have had discussions concerning the possible resolution of the case, and that further discussions will take place shortly. The plaintiffs have assented to this motion.

1

WHEREFORE, the defendants hereby request that the time within which they must respond to the complaint be extended until May 21, 2004.

|  |  |
|---|---|
|  | RUSSELL CORPORATION, and<br>RUSSELL ASSET MANAGEMENT, INC., |
| Dated: April 29, 2004 | /s/ Thomas E. Kenney<br>Robert R. Pierce (BBO#549172)<br>Thomas E. Kenney (BBO#561590)<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 |

Assented to:

/s/ David J. Byer (TEK)
David J. Byer (BBO#544411)
Testa Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110
(617) 248-7000

## CERTIFICATE OF SERVICE

I, Thomas E. Kenney, hereby certify that on this 29th day of April, 2004, I served the foregoing Third Motion for Extension of Time to Respond to the Complaint (Assented-To) via hand delivery, upon the following counsel of record:

David J. Byer, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

_____
Thomas E. Kenney