UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MALDEN MILLS INDUSTRIES, INC. and | * | |
| ADS PROPERTIES CORP., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 04-10148-JLT |
| v. | * | |
| | * | |
| | * | |
| RUSSELL CORPORATION and | * | |
| RUSSELL ASSET MANAGEMENT, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1.      Plaintiffs may depose Rod McGeachy and Floyd Hoffman;

2.      Defendants may depose David Grlofsky and Carol Valianti;

3.      The Parties shall complete all discovery by March 15, 2005;

4.      No additional discovery will be permitted without leave of this court; and

5.      A Further Conference is scheduled for April 5, 2005 at 10:30 a.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge