UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN MILLS INDUSTRIES, INC. <br> and ADS PROPERTIES CORP., <br> Plaintiffs, <br> v. <br> RUSSELL CORPORATION and <br> RUSSELL ASSET MANAGEMENT, INC., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-CV-10148JLT <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice that Kirkpatrick & Lockhart Nicholson Graham LLP, David J. Byer, and Phi Lan M. Tinsley hereby enter their appearance as counsel for the Plaintiffs, Malden Mills Industries, Inc. and ADS Properties Corp., in the above-captioned action.

Respectfully submitted,

David J. Byer, (BBO# 544411)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Phi Lan M. Tinsley, (BBO# 656815)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

BOS-823400 v1 0519110-0104

Dated: March 30, 2005

**Attorneys for Plaintiffs, MALDEN MILLS INDUSTRIES, INC. and ADS PROPERTIES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was served March 30, 2005 by first class mail upon Robert R. Pierce, Esq. Pierce and Mandell, 11 Beacon Street, Suite 800, Boston, MA 02108-3002

_____
Phi Lan M. Tinsley