UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MALDEN MILLS INDUSTRIES, INC. )
and ADS PROPERTIES CORP., )
         Plaintiffs, )
v. )
                                 ) CIVIL ACTION NO. 04-CV-10148JLT
RUSSELL CORPORATION and )
RUSSELL ASSET MANAGEMENT, INC., )
         Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, through their attorneys, do hereby stipulate and agree that this action, including any and all claims and counterclaims, be dismissed in its entirety with prejudice. The parties shall bear their own costs and attorneys' fees.

MALDEN MILLS INDUSTRIES, INC.
and ADS PROPERTIES CORP.

By its attorneys,

/s/ David J. Byer
David J. Byer, (BBO# 544411)
Phi Lan M. Tinsley, (BBO# 656815)
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

RUSSELL CORPORATION and
RUSSELL ASSET MANAGEMENT, INC.

By its attorney,

/s/ Robert J. Pierce
Robert J. Pierce, (BBO# 549172)
PIERCE AND MANDELL
11 Beacon Street
Suite 800
Boston, MA 02108-3002
(617) 720-24444

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on April 13, 2005.

Dated: April 13, 2005

BOS-823550 v1